UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :
                                               10cr352
        Petitioner(s)    :

   v.    :    **ORDER**

VINCENT HSIA    :
        Defendant(s)    :

It is on this 19th day of May, 2010,

ORDERED that the Appeal of Magistrate Judge Decision is denied and;

Further ORDERED that this matter shall be closed.

*/s/ Susan D. Wigenton*
SUSAN D. WIGENTON, U.S.D.J.