UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY - NEWARK

UNITED STATES OF AMERICA

v.

VINCENT HSIA

Defendant.

CASE NO. 11-CR-080 (SDW)

## ORDER MODIFYING CONDITIONS OF RELEASE

An Appeal from the Order of Magistrate Judge Shwartz dated August 4, 2011 having been filed by the defendant, Vinent Hsia; and a motion for revocation of release having been filed by the Government,

It is on this 15th day of August ORDERED:

1. The defendant's previous curfew of 11:00 p.m. to 7:00 a.m. is hereby reinstated.
2. The Clerk of the District Court shall return to the defendant the $61,644.89 in additional bail posted.
3. The defendant's GPS monitoring shall be removed and replaced with standard electronic monitoring.
4. The Government's motion for Revocation of Release is hereby denied.

\* For the reasons set forth on the record on this date.

SUSAN D. WIGENTON, USDJ