|  |  |  |
|---|---|---|
|  |  | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| UNITED STATES OF AMERICA | : | Honorable Susan D. Wigenton, U.S.D.J. |
| *Plaintiff,* | : | Criminal No. 11-00080 |
| v. | : |  |
| VINCENT HSIA | : | **PRELIMINARY ORDER OF FORFEITURE** |
| *Defendant.* | : |  |

**WHEREAS**, on August 29, 2011, the United States filed a Superseding Indictment against Vincent Hsia (hereinafter "defendant"), charging him with knowingly and intentionally conspiring with co-defendants and others to distribute and to possess with intent to distribute oxycodine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), in violation of Title 21, United States Code, Section 846, knowingly and intentionally distributing and possessing with the intent to distribute oxycodine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2, and knowingly and willfully making and subscribing Forms 1120S United States Income Tax Returns for an S-Corporation and Forms 1040 United States Individual Income Tax Returns, which he did not believe to be true and correct

as to every material matter in violation of Title 26, United States Code, Section 7206(1); and

**WHEREAS**, on September 7, 2011, the defendant pled guilty to the Superseding Indictment; and

**WHEREAS**, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), a person convicted of an offense in violation of Title 21, United States Code, Section 846 shall forfeit to the United States any property constituting or derived from any proceeds traceable to the commission of the offense and any property used, or intended to be used to commit or to facilitate the commission of the offense; and

**WHEREAS**, by virtue of the above, the United States is now entitled to possession of the following property:

(a) $111,751.85 in United States currency;

(b) $103,200.00 in United States currency in Safe Deposit Box #0759523600362, Wachovia Bank;

(c) $43,123.92 in funds from TD Bank, account number 7856733345;

(d) $18,838.41 in funds from Investors Savings Bank, account number 2999-01088;

(e) $161,145.73 in funds from Citibank, account number 759387458; and

(f)$171,085.63 in funds from assorted Wachovia Bank accounts (hereinafter "the Property") because it represents proceeds traceable to violations of Title 21, United States Code, Section 846; and

It is hereby **ORDERED, ADJUDGED AND DECREED:**

**THAT** the herein described Property, namely the following:

(a)$111,751.85 in United States currency;

(b)$103,200.00 in United States currency in Safe Deposit Box #0759523600362, Wachovia Bank;

(c)$43,123.92 in funds from TD Bank, account number 7856733345;

(d)$18,838.41 in funds from Investors Savings Bank, account number 2999-01088;

(e)$161,145.73 in funds from Citibank, account number 759387458; and

(f)$171,085.63 in funds from assorted Wachovia Bank accounts,

is hereby forfeited to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853; and

**THAT** pursuant to Title 21, United States Code, Section 853(n)(1), the United States shall publish notice of this Order and of its intent to dispose of the property in such a manner as the Attorney General may direct, including posting notice on the official internet government forfeiture site www.forfeiture.gov for at least 30 consecutive days; and

**THAT** pursuant to Title 21, United States Code, Section 853(n)(2), any person, other than the defendant, asserting a legal interest in any of the above-listed forfeited property must file a petition with the Court within **thirty (30)** days of the final publication of notice or of receipt of actual notice, whichever is earlier, and state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and

**THAT** pursuant to Title 21, United States Code, Section 853(n)(3), the petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, and any additional facts supporting the petitioner's claim and the relief sought; and

**THAT** the United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified; and

**THAT** the aforementioned forfeited property is to be held by the appropriate United States agency in its secure custody and control until the appropriate disposition of said Property by the United States; and

**THAT** upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

**ORDERED** this 9th day of September, 2011.

_____
HONORABLE SUSAN D. WIGENTON
United States District Judge