UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY - NEWARK

UNITED STATES OF AMERICA

v.                                          CASE NO. 11-CR-080 (SDW)

VINCENT HSIA

Defendant.

### ORDER MODIFYING CONDITIONS OF RELEASE / BAIL

This matter having been opened to the court on the application of defendant, Vincent Hsia, and the government previously having consented and still having no objection to the return of the excess bail funds posted in the amount of $11,644.89,

It is on this _____ day of September, 2011 ORDERED:

The Clerk of the District Court is hereby authorized and directed to return the amount of $11,644.89 from the bail previously posted by Mr. Hsia on August 5, 2011 (at which time he tendered to the Clerk's Office the amount of $61,644.89.) Notification that a check has been prepared and payable to "Vincent Hsia" and is available to be picked up at the Office of the Clerk, District Court, Newark, NJ shall be made to either Mr. Hsia (732-887-3859) or his counsel (Michael Chazen, Esq. at 732-303-0808).

All other Conditions of Release/Bail shall remain the same.

_____
SUSAN D. WIGENTON, USDJ