**MICHAEL CHAZEN, ESQ.**

ATTORNEY AT LAW

4400 ROUTE 9 SOUTH · SUITE 1000 · FREEHOLD, NEW JERSEY 07728
1 GATEWAY CENTER, SUITE 2600, NEWARK, NEW JERSEY 07102
TELEPHONE: (732) 303-0808
TELEFAX: (732) 303-0210

APPLICATION GRANTED.*
SO ORDERED.

_____
SUSAN D. WIGENTON, U.S.D.J.
December 20, 2011

*Modification granted
until January 1, 2012
only. SDW

Honorable Susan D. Wigenton, USDJ
50 Walnut Street
Newark, NJ  07102

Re: <u>United States v. Vincent Hsia</u>   Case # 11-00080

Dear Judge Wigenton:

The defendant's current bail conditions as modified by Judge Shwartz include GPS Monitoring and a curfew which allows him out between the hours of 9:00 a.m. and 4:00 p.m.  Request is respectfully made that the curfew be extended to the original hours of 7:00 a.m. and 11:00 p.m.  This is based upon the fact that defendant wants to have as much time as possible with his children, especially over the holiday break from school, while still being able to run his laundromat business.

I do note that the Government has advised that they object to modification of bail conditions.  Pretrial Services indicates that Mr. Hsia has been fully compliant, but does not take a position one way or the other on this request.  I submit that given the bail conditions (particularly the GPS) as well as full compliance, Mr. Hsia's request is genuine and properly granted. If the court is not inclined to grant same as a modification until conclusion of this case, I would at least ask that the curfew be changed as requested until January 1, 2012.  All other conditions will remain the same.

Thank you for your attention to this matter.

Respectfully submitted,
/s/
Michael Chazen

MC/cg