UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Susan D. Wigenton, U.S.D.J. |
| *Plaintiff,* | Criminal No. 11-80 |
| v. | FINAL ORDER OF FORFEITURE |
| VINCENT HSIA | |
| *Defendant.* | |

**WHEREAS**, on August 29, 2011, the United States filed a Superseding Indictment against Vincent Hsia (hereinafter "defendant"), charging him with knowingly and intentionally conspiring with co-defendants and others to distribute and to possess with intent to distribute oxycodone, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), in violation of Title 21, United States Code, Section 846, knowingly and intentionally distributing and possessing with the intent to distribute oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2, and knowingly and willfully making and subscribing Forms 1120S United States Income Tax Returns for an S-Corporation and Forms 1040 United States Individual Income Tax Returns, which he did not believe to be true and correct as to every material matter in violation of Title 26, United States Code, Section 7206(1); and

**WHEREAS**, on September 7, 2011, the defendant pled guilty to the Superseding Indictment; and

**WHEREAS,** on September 9, 2011, a Preliminary Order of Forfeiture was entered pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), to the forfeiture of the following property:

(a) $111,751.85 in United States currency;

(b) $103,200.00 in United States currency in Safe Deposit Box #0759523600362, Wachovia Bank;

(c) $43,123.92 in funds from TD Bank, account number 7856733345;

(d) $18,838.41 in funds from Investors Savings Bank, account number 2999-01088;

(e) $161,145.73 in funds from Citibank, account number 759387458; and

(f) $171,085.63 in funds from assorted Wachovia Bank accounts (hereinafter "the Property") because it represented proceeds traceable to violations of Title 21, United States Code, Section 846; and

**WHEREAS,** pursuant to Title  21, United States Code, Section 853(n)(1), a Notice of Forfeiture with respect to the Property was posted on an official government internet site, namely www.forfeiture.gov, beginning on September 14, 2011, and running for thirty consecutive days through October 13, 2011 (*see* Declaration of Anthony Mahajan with Exhibits, Exhibit A); and

**WHEREAS,** on November 10, 2011, a Notice of Forfeiture was sent certified mail return receipt requested to Danny Alemo, a business associate of the defendant and a potential claimant to the property in this matter, 17 Grove

Avenue, Metuchen, New Jersey 08840 (*see* Declaration of Anthony Mahajan with Exhibits, Exhibit B); and

**WHEREAS,** on November 18, 2011, a Notice of Forfeiture was received by Danny Alemo, 17 Grove Avenue, Metuchen, New Jersey 08840 (*Id*); and

**WHEREAS** no claims or answers have been filed against the Property within the time permitted;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

**THAT** a Final Order of Forfeiture is entered against the following property:

(a)$111,751.85 in United States currency;

(b)$103,200.00 in United States currency in Safe Deposit Box #0759523600362, Wachovia Bank;

(c)$43,123.92 in funds from TD Bank, account number 7856733345;

(d)$18,838.41 in funds from Investors Savings Bank, account number 2999-01088;

(e)$161,145.73 in funds from Citibank, account number 759387458; and

(f)$171,085.63 in funds from assorted Wachovia Bank accounts, and no right, title or interest in the Property shall exist in any other party; and

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents, and certificates of deposits, as well as any income derived as a result of the United States Marshals Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be

deposited forthwith by the United States Marshals Service into the Department of Justice Asset Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 23RD day of February , 2012.

HONORABLE SUSAN D. WIGENTON
United States District Judge